UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-10514 DSF (MARx) | Date | June 15, 2026 |
|---|---|---|---|
| Title | Estate of Gilbert Dominguez v. Estes Express Lines, Inc. et al | | |

Present: The Honorable   DALE S. FISCHER, United States District Judge

| Patricia Kim | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ryan Paddick | Garrett V. Jensen<br>David L. Woodard |

**Proceedings:**   MOTION HEARING (Non-Evidentiary – Held and Completed)

PLAINTIFF'S MOTION TO REMAND [26]

The matter is called and counsel state their appearances.  The Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments.  Oral arguments by counsel are heard and the matter is taken under submission.  A written order will follow.